Order: Ordered that the clerk of the court be, and he is hereby, authorized and directed to procure a new seal for the court. Said seal shall be the arms of the United States, with these words in the margin: "Seal of the Supreme Court of the United States," engraved on a circular piece of steel not exceeding two and one-fourth inches in diameter. May 31, 1904.

### AS TO ORDER APPOINTING REPORTER.

. Order: Whereas J. C. Bancroft Davis, the former reporter of this court, resigned his office on September 11, 1902, to take effect at once, which resignation was accepted; and whereas Charles Henry Butler was appointed his successor December 4, 1902, and was charged by the order appointing him with the duty of reporting all the decisions of October term, 1902, and has accordingly reported all decisions delivered prior to December 4, during October term, 1902; it is

Ordered, That the order of December 4, 1902, appointing Charles Henry Butler reporter of this court be given effect *nunc pro tunc* as of the first day of October term, 1902, to wit, October 13, 1902. May 31, 1904.

## OPINIONS PER CURIAM, ETC., FROM APRIL 5, 1904, TO MAY 31, 1904.

No. 168. CHARLES L. RAWSON ET AL., PETITIONERS, *v.* WESTERN SAND BLAST COMPANY ET AL. On writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit. Argued March 2 and 3, 1904. Decided April 11, 1904.

Decree affirmed with costs by a divided court, and cause remanded to the Circuit Court of the United States for the Northern District of Illinois. Announced by Mr. Justice Harlan. (Mr. Chief Justice Fuller did not sit in this case or take any part in its decision.) *Mr. James H. Raymond* and *Mr. Otto R. Barnett* for petitioners. *Mr. John W. Munday* for respondents.